UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL TAPERS
AND POINTERS LOCAL UNION NO. 1974
BENEFIT FUNDS, *et al.*,
                      Plaintiffs,

-v-

EASTERN ELEVATIONS, LLC,
                      Defendant.

20-CV-1636 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on March 12, 2020. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiffs fail by June 12, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiffs are directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: May 28, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge